**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-00585 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| WANDA WARD, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonthan D. Greenberg regarding the change of plea hearing of Wanda Ward which was referred to the Magistrate Judge with the consent of the parties.

On November 1, 2023, the Government filed a 34 count Indictment, charging Defendant Wanda Ward (8) with Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) and (b)(1)(C); with Count 2, Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); with Count 3, Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); with Count 8, Interstate Travel in Aid of Racketeering, in violation of Title 18 U.S.C. § 1952(a)(3) and 2; with Count 20, Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b); and with Count 24, Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b). Defendant Wanda Ward (8) was arraigned on June 3, 2025, during which Wanda Ward (8) entered a plea of not guilty to the charges. On October 22, 2025, Magistrate Judge Jonathan D. Greenberg received Defendant

Wanda Ward's plea of guilty to Count 1, 2, 3, and 8 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Wanda Ward (8) is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Wanda Ward (8) is adjudged guilty of the following counts of the Indictment: Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B); Count 2, Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); Count 3, Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and Count 8, Interstate Travel in Aid of Racketeering, in violation of Title 18 U.S.C. § 1952(a)(3).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place, as previously scheduled, on February 12, 2026, at 9:30 a.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     February 10, 2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE